PRIEST v. SOBECK

[357 N.C. 159 (2003)]

PAMELA PRIEST AND BETTY LOU SKINNER v. THOMAS SOBECK AND MAKE-UP
ARTISTS AND HAIR STYLISTS LOCAL 798, OF THE INTERNATIONAL
ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOTION PICTURE
OPERATORS OF THE UNITED STATES AND CANADA

No. 599A02

(Filed 2 May 2003)

**Appeal and Error— appealability—partial summary judg-
ment—final judgment as to some claims—substantial right**

The decision of the Court of Appeals dismissing as interlocu-
tory appeals by both plaintiffs and defendants of an order grant-
ing partial summary judgment in an action for libel per se, class
two libel, and libel per quod even though the trial court certified
the case for immediate review under Rule 54(b) is reversed for
the reasons stated in the dissenting opinion that (1) there was a
final judgment as to one or more of plaintiffs' claims, and (2) the
denial of defendants' summary judgment motion implicated
defendants' First Amendment right to free speech and thus
affected a substantial right.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a
divided panel of the Court of Appeals, 153 N.C. App. 662, 571 S.E.2d
75 (2002), dismissing as interlocutory an appeal of an order granting
partial summary judgment entered 4 September 2001 by Judge Melzer
A. Morgan, Jr., in Superior Court, Moore County. Heard in the
Supreme Court 10 April 2003.

*Schiller & Schiller, P.L.L.C., by David G. Schiller and Marvin
Schiller, for plaintiff-appellants and -appellees.*

*Smith, James, Rowlett & Cohen, LLP, by Seth R. Cohen, for
defendant-appellants and -appellees.*

*The Bussian Law Firm, PLLC, by John A. Bussian, on behalf of
the North Carolina Press Association, amicus curiae.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of
the Court of Appeals is reversed and this case is remanded to that
court to address the merits of the appeal.

REVERSED AND REMANDED.